United States District Court

Eastern District of California

Clete Reo Hart,

    Plaintiff,                    Civ. No. S 05-1643 DFL PAN P

  vs.                          Order

Dr. N.K. Khoury, et al.,

    Defendants.

-oOo-

Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

To commence a civil action a plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

Within 30 days from the day this order is signed plaintiff

1  may submit either the filing fee or the application required by
2  § 1915(a).  The clerk of the court is directed to mail to
3  plaintiff a form application for leave to proceed in forma
4  pauperis.  Failure to comply with this order will result in this
5  file being closed.
6      So ordered.
7      Dated:  August 23, 2005.

```
                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge
```